**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY GEORGIA**

| | |
|---|---|
| RICHARD CUTWRIGHT, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | 1:03-CV-163 (WLS) |
| : | |
| RICKEY GREEN, et. al., : | |
| : | |
| Defendants : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on May 9, 2006. (Doc. 28). It is recommended that Plaintiff's claim against Defendant Green for alleged excessive force be dismissed for failure to prosecute. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 28) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's claim is hereby **DISMISSED.**

**SO ORDERED**, this   9th   day of June, 2006.


  /s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**